The Court approves the dismissal without prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **RICHARD SLOVENKAY** and **SARAH PHILLIPS,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LAKELAND COMMUNITY COLLEGE,**<br><br>Defendant. | Case No. 1:23-cv-01880<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Richard Slovenkay and Sarah Phillips, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through their undersigned counsel, hereby voluntarily dismiss their claims against Lakeland Community College, without prejudice, with each party to bear their own fees and costs.

DATED: October 30, 2023.

Respectfully submitted,

*/s/   Christopher Wiest*
Christopher Wiest (Ohio 0077931)
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

AND

Mason A. Barney*
Tyler J. Bean*

1